United States District Court
Southern District of Texas
**ENTERED**
June 22, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| QUINGHUA CHEN | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:26-CV-419 |
| | § | |
| ORLANDO PEREZ *et al.* | § | |

## ORDER

On June 2, 2026, the Undersigned held a hearing regarding Petitioner's Petition for Writ of Habeas Corpus and took the matter under advisement. (Min. Entry June 2, 2026). Following the hearing, Respondents filed an advisory, informing the Court that "ICE has scheduled Petitioner for Removal on China on June 23, 2026." (Dkt. No. 13 at 1). Respondents have also filed the flight itinerary for Petitioner's removal. (Dkt. No. 15).

The Court hereby **ORDERS** the parties to file an advisory **no later than June 26, 2026**, updating the Court as to the status of Petitioner's detention.

IT IS SO **ORDERED**.

**SIGNED** on this 22nd day of June, 2026.

Christopher dos Santos
United States Magistrate Judge