United States District Court
Southern District of Texas
**ENTERED**
July 21, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| QUINGHUA CHEN | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:26-cv-419 |
| | § | |
| ORLANDO PEREZ[1] *et al.* | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred Petitioner's Writ of Habeas Corpus and Respondents' Motion for Summary Judgment to United States Magistrate Judge Christopher dos Santos for a Report and Recommendation (Dkt. No. 10). Judge dos Santos recommended denying both as moot, as Petitioner has been removed from the United States (Dkt. No. 19 at 5). The fourteen-day objection period has lapsed, and no party objected to this recommendation. *See* 28 U.S.C. § 636(b)(1).

Pursuant to Federal Rule of Civil Procedure 72(b), the Court reviewed the Report and Recommendation for clear error. *CGI Logistics, LLC v. Fast Logistik*, No. 5:23-CV-43, 2023 WL 8313341, at *2 (S.D. Tex. Dec. 1, 2023) (Garcia Marmolejo, J.) (citing *United States v. Soto*, 734 F. App'x 258, 259 (5th Cir. 2018)); *see also Cao v. BSI Fin. Servs., Inc.*, 858 F. App'x 156, 158 (5th Cir. 2021). Finding none, the Court hereby **ADOPTS IN WHOLE** Judge dos Santos's Report and Recommendation (Dkt. No. 19).

Accordingly, Petitioner's Writ of Habeas Corpus is **DENIED AS MOOT** (Dkt. No. 1). Respondents' Motion for Summary Judgment is **DENIED AS MOOT** (Dkt. No. 7).

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Todd Blanche is automatically substituted for Respondent Pamela Bondi in this case. Markwayne Mullin is automatically substituted for Respondent Kristi Noem and David Venturella is substituted for Respondent Todd Lyons under this same rule. The Clerk of Court is **DIRECTED** to substitute these parties on the docket sheet.

1

It is so **ORDERED**.

**SIGNED** July 21, 2026.

Marina Garcia Marmolejo
United States District Judge